UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIC VERNON PARKER,

    Petitioner,

v.

MARION E. SPEARMAN, Warden,

    Respondent.

Case No. 14-1015 VC (PR)

**ORDER OF DISMISSAL**

    Eric Vernon Parker, a state prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 21, 2014, the Court issued an Order Dismissing Petition With Leave to Amend. The Court noted that, although the allegations in the petition were difficult to understand, it appeared that Parker was asserting claims that he had not exhausted in state court. Doc. no. 7. Because state court exhaustion is required before a federal court may review habeas claims, the Court dismissed the petition with leave to amend for Parker to clearly list the claims he was asserting and to inform the Court how he wished to proceed if the claims were not exhausted. Parker was granted twenty-one days from the date of the Order to file an amended petition. Twenty-one days have passed and Parker has not filed an amended petition or communicated with the Court in any manner.

    Therefore, the petition is dismissed without prejudice to Parker's filing a new petition with exhausted claims.

CONCLUSION

    For the foregoing reasons, the Court orders as follows:

    1. The petition is dismissed without prejudice to Parker's filing a new petition with

exhausted claims.

2. The Clerk of the Court shall terminate any pending motions.

3. The Clerk of the Court shall enter a separate judgment and close this case.

**IT IS SO ORDERED.**

Dated:   June 16, 2014

_____
VINCE CHHABRIA
United States District Judge